IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ERIK DAVIS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:25-00135-KD-B |
| | ) |
| **THE CITY of SELMA, ALABAMA,** | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1) and dated May 16, 2025, (Doc. 9), is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Plaintiff Davis's requests to remand this action and for leave to amend his complaint are **DENIED**, that Defendants' motion to dismiss, (Doc. 4), is **GRANTED**, that this action is **DISMISSED** as duplicative of Davis I, and that any other pending motions are **DENIED** as moot.

**DONE** and **ORDERED** this **12th** day of **June 2025**.

    /s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**